AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED IN OPEN COURT

SEP - 7 2016

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:16-cr-185 (GBL) |
| Dorothea Lassiter | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 09/07/2016

*Defendant's signature*

*Signature of defendant's attorney*

Joseph T. Flood, Esq.
*Printed name of defendant's attorney*

/s/
Gerald Bruce Lee
United States District Judge
*Judge's signature*

Honorable Gerald Bruce Lee
*Judge's printed name and title*